IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GULF COAST ASPHALT CO., L.L.C., | : |
| | : |
| **Plaintiff,** | : |
| | : |
| vs. | : CIVIL ACTION 09-0187-CG-M |
| | : |
| CHEVRON U.S.A., INC., | : |
| | : |
| **Defendant.** | : |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendant's Motion to Dismiss (Doc. 21) be **GRANTED** and that Count II in the Complaint be **DISMISSED**, with prejudice.

**DONE and ORDERED** this 17th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE