IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GULF COAST ASPHALT CO., L.L.C.,** | : |
| **Plaintiff,** | : |
| vs. | : |
| **CHEVRON U.S.A., INC.,** | : |
| | : CIVIL ACTION 09-0187-CG-M |
| **Defendant, and** | : |
| **Third-Party Plaintiff,** | : |
| vs. | : |
| **Trifinery, Inc.,** | : |
| **Third-Party Defendant.** | : |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this court.

It is **ORDERED** that Chevron U.S.A., Inc.'s Motion to Dismiss Counterclaims by Trifinery, Inc. (Doc. 57) is hereby **GRANTED**.

**DONE and ORDERED** this 6th day of April, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE