## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| GULF COAST ASPHALT COMPANY, L.L.C., | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 09-0187-CG-M |
| CHEVRON U.S.A., INC., | ) | |
| Defendant, and Third-Party Plaintiff, | ) | |
| vs. | ) | |
| TRIFINERY, INC., | ) | |
| Third-Party Defendant. | ) | |

## JUDGMENT

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendant, Chevron U.S.A., Inc., and against plaintiff, Gulf Coast Asphalt Company, L.L.C., and third-party defendant, Trifinery, Inc. Therefore, all plaintiff's claims against the defendant are hereby **DISMISSED.** Trifinery, Inc. is contractually obligated to indemnify Chevron from and against Gulf Coast Asphalt Company, L.L.C.'s claim in this case and to reimburse Chevron for the costs its has incurred in defending itself in this lawsuit.

**DONE and ORDERED** this 30th day of August, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE